An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
DANIEL J. HILL, BAR NO. 12773

No. 63592

**FILED**

SEP 25 2013

## ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION

This is a petition by bar counsel pursuant to SCR 111(4) concerning attorney Daniel Hill, related to Hill's conviction in Las Vegas Justice Court, pursuant to a *nolo contendere* plea, of first-offense driving under the influence of intoxicating liquor in violation of NRS 484C.110 and 484C.400. *See* SCR 111(1). Hill timely informed bar counsel of his conviction. *See* SCR 111(2).

A first-offense driving under the influence conviction is not listed as a "serious" crime in SCR 111(6) and is thus not the type of crime that requires automatic temporary suspension and referral to a disciplinary board. SCR 111(8). Therefore, whether to temporarily suspend and refer is at the discretion of this court. SCR 111(9).

The gravity of drinking and driving cannot be minimized; however, first-offense misdemeanor driving under the influence is not the type of offense for which professional discipline is typically imposed. *See* 2 Geoffrey C. Hazard, Jr. & W. William Hodes, *The Law of Lawyering* § 65.4 (3d ed. Supp. 2009); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993). Accordingly, having considered

SUPREME COURT
OF
NEVADA

(O) 1947A

13-28652

the petition and the supporting documentation related to this conviction, we conclude that Hill's offense does not warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: David A. Clark, Bar Counsel
  Jeffrey R. Albregts, Chair Southern Nevada Disciplinary Board
  Kimberly K. Farmer, Executive Director, State Bar of Nevada
  Perry Thompson, Admissions Office, United States Supreme Court
  Daniel J. Hill